Núm. 8348.—De la Cruz, apldo. *v.* Gordon, etc., apltes.—C. D. San Juan. ▇▇▇▇▇▇ Abril 23, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada solicita la desestimación de este recurso porque la parte apelante lo tiene abandonado desde diciembre 23, 1940, en que venció la última prórroga que se le concediera para el archivo de la transcripción de evidencia; y

Por cuanto, la parte apelante al oponerse a la moción de desestimación explica su tardanza por la falta de recursos para satisfacer a tiempo los honorarios del taquígrafo y alega que los satisfizo al fin, quedando la transcripción radicada en la secretaría de la corte sentenciadora en abril 21, 1941, estando listo también el legajo de la sentencia; y

Por cuanto, sostiene además dicha parte que el recurso que ha interpuesto es meritorio por los motivos que expresa y examinados dichos motivos se concluye que no son frívolos si que dignos de consideración:

Por tanto, la corte, en uso de su discreción, declara no haber lugar a la desestimación, con permiso a la parte apelada de reproducir su petición si la parte apelante no archiva en este tribunal la transcripción de los autos acompañada de su alegato dentro de un término que vencerá el 31 de mayo de 1941.